IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON HUDSON,

    Plaintiff,                    No. 2:09-cv-0158 JFM (PC)

    vs.

Nurse Ms. KNAPP,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and requests for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed his applications for leave to proceed in forma pauperis on the form used by this district. Use of the form assists plaintiff to establish and the court to evaluate plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915 (b)(1) and (2). Accordingly, plaintiff's applications will be dismissed and plaintiff will be provided the opportunity to submit the application on the appropriate form. Plaintiff is cautioned that he must also provide a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint.

/////

/////

In addition, plaintiff has filed a motion for leave to use the prison law library. Plaintiff seeks an order requiring prison officials to permit him to use the law library for two hours per day between 3:00 p.m. and 6:00 p.m. until this action is over. Plaintiff has not shown any evidence that he has requested access to the law library from prison officials, or that a request for access has been unreasonably denied. Plaintiff's motion will therefore be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's January 13, 2009 and January 28, 2009 motions to proceed in forma pauperis are dismissed without prejudice;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner;

3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

4. Plaintiff's January 28, 2009 request for court-ordered access to the prison law library is denied.

DATED: February 25, 2009.

UNITED STATES MAGISTRATE JUDGE

/mp
huds0158.3djfm+80

2