IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON HUDSON,

    Plaintiff,                      No. 2:09-cv-0158-JFM (PC)

    vs.

Nurse Ms. KNAPP,                    ORDER AND

    Defendant.               FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed February 26, 2009, plaintiff was ordered to file a completed in forma pauperis application within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a completed in forma pauperis application.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign this action to a United States District Judge; and

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 14, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
huds0158.fifp